UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| RANDY HUBBARD, | ) | Case No. 1:07 CV 12 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Hon. Gordon J. Quist |
| v. | ) | United States District Judge |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter comes before the Court on the Agreed Petition for Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412. The Court, having read the Agreed Petition and being duly advised, hereby GRANTS the Agreed Petition and ORDERS that, pursuant to the Equal Access to Justice Act, attorney fees in the amount of $2,421.25 be awarded to Plaintiff and be made payable directly to Thomas A. Geelhoed, pursuant to Plaintiff's Affidavit and Assignment of EAJA Fee.

SO ORDERED.


Dated: August 28, 2007          /s/ Gordon J. Quist
                                HON . GORDON J. QUIST
                                U.S. DISTRICT JUDGE